## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:99CR3052 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| EFREN SAENZ, | ) | |
| | ) | |
| Defendant. | ) | |

A motion to reduce the defendant's sentence was filed in this case on March 17, 2004. (See filing 42.)  I have been waiting to set the motion for hearing because I wanted the government's advice about when it would be most appropriate to do so.  A long time has passed, but I have not yet been advised that the motion is ripe for decision.  We need to get this case moving.  Therefore,

IT IS ORDERED that:

(1)     By the close of business on Tuesday, September 12, 2006, counsel for the government shall show good cause why I should not set the Rule 35 motion for hearing.

(2)     Absent a sufficient showing of good cause as required by paragraph 1, I shall set the Rule 35 motion for hearing.

August 17, 2006.                          BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge